IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Len Scott
Plaintiff

v.

Upton County Appraisal District; et al.
Defendant

Case No. SA23CA1311 XR

_Please see attached_

42 U.S.C. Section 1983
Fraud & Perjury
October 6, 2023

§1983. Civil action for deprivation of rights

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

FRAUD: A deception practiced in order to induce another to give up possession of property or surrender a right.
PERJURY: The crime of willfully and knowingly making a false statement about a material fact while under oath.
MALICE: The intent to commit an unlawful act without justification or excuse.

According to the Texas Supreme Court[1], gas or oil has no owner, except while captive. Contrary to this law, appraisal districts tax gas or oil that is not captive. To cloak the three billion dollar a year tax scandal, an extensive set of frauds are currently in place. The conspiracy is managed by all levels of Texas Government. Including: Texas Comptroller of Public Accounts, gas and oil appraisal firms, Texas appraisal districts, Texas tax assessors, Texas tax collectors, and the grounds for Al Capone's successfully incarceration, delivery of the fraudulent tax bills by the US Postal Service.

The State's fraud decreases the tax levied on production companies and increases the tax on all other owners an equivalent amount. Where by maintaining a one-to-one ratio between the property's appraised value and the total of all owners assessed values. The significance of this fact is the fraud is exposed only when one owner's assessed value is compared to the owner's assessed value is calculated according to the assessment process listed in the Property Tax Code, §1.04(9).

---

[1] 268 S.W.3d 1 (2008)

1. Texas Tax Code Title 2. State Taxation. Subtitle B. Enforcement and Collection Procedures Chapter 111.02, Comptroller's Rule; Compliance
2. 1922 Texas Counties/Appraisal Districts claim landowners own the gas or oil within their property.
3. 1984 introduction of "Appraisal Districts."
4. 1992 H.B. 945, inserted into Property Tax Code as §23.175
5. Comptroller's Manual, first page, 5th paragraph "… must use …
6. Comptroller's Manual, Appendix A "Working Interest Only"
7. Property Tax Code, Section §1.04(9) PTC Assessed Value Calculation
8. Property Tax Code, Section §23.175 Never applicable
9. Property Tax Code, Section §26.02: Not considered
10. Property Tax Code, Section §31: Fraudulent taxation of gas and oil
11. Texas Constitution Article VIII Section 1: EQUALITY AND UNIFORMITY; TAX IN PROPORTION TO VALUE; …
12. Texas Constitution Article VIII Section 18: EQUALIZATION OF VALUATIONS; SINGLE APPRAISAL.
13. Texas Constitution Article VIII Section 20: FAIR CASH MARKET VALUE NOT TO BE EXCEEDED; …
14. Texas Constitution Article VIII Section 24: PERSONAL INCOME TAX;
15. 2019, this author presented a protest, concerning fraudulent assessment processes practiced by Upton County Appraisal District. The protest was prematurely terminated, by Upton County's Chief Appraiser, before the district's representative spoke. Upon the Appraisal Review Board's return from a private telephone conference with an attorney, I was immediately told my protest was denied. Which is contrary to Property Tax Code Chapter 41. Which is contrary to Property Tax Code Chapter 41.
16. 2022 this author presented a protest, conducted according to Chapter 41 of the Property Tax Code, that was terminated by a member of the Appraisal Review Board after returning a private telephone conversation with an attorney. Which is contrary to Property Tax Code Chapter 41.

*[signature: Len Scott]*

210 789 0281