IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEN SCOTT,<br>   *Plaintiff*<br><br>-vs-<br><br>UPTON COUNTY APPRAISAL DISTRICT, UPTON COUNTY CHIEF APPRAISER, UPTON COUNTY APPRAISAL REVIEW BOARD, UNNAMED MEMBER OF THE UPTON COUNTY APPRAISAL REVIEW BOARD,<br>   *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-01311-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Len Scott shall take nothing by his claims against Defendants Upton County Appraisal District, Upton County Chief Appraiser, Upton County Appraisal Review Board, and Unnamed Member of the Upton County Appraisal Review Board, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to mail a copy of this Order to Len Scott, 110 Indian Knoll Drive, Boerne, TX 78006.

It is so **ORDERED**.

**SIGNED** this 5th day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

Case 5:23-cv-01311-XR     Document 5     Filed 03/05/24     Page 2 of 2